

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00118-CV

| | | |
|---|---|---|
| IN THE INTEREST OF M.R., A CHILD | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC30-CP2021-1723) |
| | § | September 29, 2022 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach